05/22/2026

William R. Simons

0.00

**\*\*\*NON-NEGOTIABLE\*\*\***

\*\*\*\*This is not a check. \*\*\*\*\*Advice of deposit only\*\*\*\*

William R. Simons
775 Bennett Rd
Hop Bottom PA 18824-7715

Pay Period:  05/13/2026 - 05/19/2026

**William R. Simons**
775 Bennett Rd
Hop Bottom
PA, 18824

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 40.00 | 26.00 | 1,040.00 | 21,134.50 |
| Overtime Pay | 5.00 | 39.00 | 195.00 | 975.00 |
| Bonus | - | - | 30.00 | 320.00 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 97.72 | 1,555.86 |
| Social Security | 78.43 | 1,390.63 |
| Medicare | 18.34 | 325.23 |
| PA Income Tax | 38.84 | 688.59 |
| PA SUI Employee | 0.89 | 15.70 |
| Lenox TWP | 6.33 | 112.18 |
| Mountain View SD PSD 580507 | 6.33 | 112.18 |
| **DEDUCTIONS** | **Current** | **YTD** |

**Matt Kilmer Flagstone, LLC**
13763 State Route 92
South Gibson
PA, 18842

| OTHER PAY | Current | YTD |
|---|---|---|
| Qualified OT Tracking | 65.00 | 240.50 |

**Pay Period**
05/13/2026 - 05/19/2026

**Pay Date**
05/22/2026

**MEMO:**

| BENEFITS | Used | Available |
|---|---|---|

| SUMMARY | Current | YTD |
|---|---|---|
| **Total Pay** | $1,265.00 | $22,429.50 |
| **Taxes** | $246.88 | $4,200.37 |
| **Deductions** | $0.00 | $0.00 |
| **NET PAY:** | | **$1,018.12** |
| Acct#....5755: | | $1,018.12 |

**William R. Simons**
775 Bennett Rd
Hop Bottom
PA, 18824

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 40.00 | 26.00 | 1,040.00 | 21,134.50 |
| Overtime Pay | 5.00 | 39.00 | 195.00 | 975.00 |
| Bonus | - | - | 30.00 | 320.00 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 97.72 | 1,555.86 |
| Social Security | 78.43 | 1,390.63 |
| Medicare | 18.34 | 325.23 |
| PA Income Tax | 38.84 | 688.59 |
| PA SUI Employee | 0.89 | 15.70 |
| Lenox TWP | 6.33 | 112.18 |
| Mountain View SD PSD 580507 | 6.33 | 112.18 |
| **DEDUCTIONS** | **Current** | **YTD** |

**Matt Kilmer Flagstone, LLC**
13763 State Route 92
South Gibson
PA, 18842

| OTHER PAY | Current | YTD |
|---|---|---|
| Qualified OT Tracking | 65.00 | 240.50 |

**Pay Period**
05/13/2026 - 05/19/2026

**Pay Date**
05/22/2026

**MEMO:**

| BENEFITS | Used | Available |
|---|---|---|

| SUMMARY | Current | YTD |
|---|---|---|
| **Total Pay** | $1,265.00 | $22,429.50 |
| **Taxes** | $246.88 | $4,200.37 |
| **Deductions** | $0.00 | $0.00 |
| **NET PAY:** | | **$1,018.12** |
| Acct#....5755: | | $1,018.12 |

05/29/2026

William R. Simons

0.00
***NON-NEGOTIABLE***

****This is not a check. *****Advice of deposit only****

William R. Simons
775 Bennett Rd
Hop Bottom PA 18824-7715

Pay Period: 05/20/2026 - 05/26/2026

**William R. Simons**
775 Bennett Rd
Hop Bottom
PA, 18824

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 40.00 | 26.00 | 1,040.00 | 22,174.50 |
| Overtime Pay | - | 39.00 | 0.00 | 975.00 |
| Bonus | - | - | 20.00 | 340.00 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 73.12 | 1,628.98 |
| Social Security | 65.72 | 1,456.35 |
| Medicare | 15.37 | 340.60 |
| PA Income Tax | 32.54 | 721.13 |
| PA SUI Employee | 0.74 | 16.44 |
| Lenox TWP | 5.30 | 117.48 |
| Mountain View SD PSD 580507 | 5.30 | 117.48 |
| **DEDUCTIONS** | **Current** | **YTD** |

**Matt Kilmer Flagstone, LLC**
13763 State Route 92
South Gibson
PA, 18842

| OTHER PAY | Current | YTD |
|---|---|---|
| Qualified OT Tracking | 0.00 | 240.50 |

**Pay Period**
05/20/2026 - 05/26/2026

**Pay Date**
05/29/2026

**MEMO:**

| BENEFITS | Used | Available |
|---|---|---|

| SUMMARY | Current | YTD |
|---|---|---|
| **Total Pay** | $1,060.00 | $23,489.50 |
| **Taxes** | $198.09 | $4,398.46 |
| **Deductions** | $0.00 | $0.00 |
| **NET PAY:** | | **$861.91** |
| Acct#....5755: | | $861.91 |

**William R. Simons**
775 Bennett Rd
Hop Bottom
PA, 18824

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 40.00 | 26.00 | 1,040.00 | 22,174.50 |
| Overtime Pay | - | 39.00 | 0.00 | 975.00 |
| Bonus | - | - | 20.00 | 340.00 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 73.12 | 1,628.98 |
| Social Security | 65.72 | 1,456.35 |
| Medicare | 15.37 | 340.60 |
| PA Income Tax | 32.54 | 721.13 |
| PA SUI Employee | 0.74 | 16.44 |
| Lenox TWP | 5.30 | 117.48 |
| Mountain View SD PSD 580507 | 5.30 | 117.48 |
| **DEDUCTIONS** | **Current** | **YTD** |

**Matt Kilmer Flagstone, LLC**
13763 State Route 92
South Gibson
PA, 18842

| OTHER PAY | Current | YTD |
|---|---|---|
| Qualified OT Tracking | 0.00 | 240.50 |

**Pay Period**
05/20/2026 - 05/26/2026

**Pay Date**
05/29/2026

**MEMO:**

| BENEFITS | Used | Available |
|---|---|---|

| SUMMARY | Current | YTD |
|---|---|---|
| **Total Pay** | $1,060.00 | $23,489.50 |
| **Taxes** | $198.09 | $4,398.46 |
| **Deductions** | $0.00 | $0.00 |
| **NET PAY:** | | **$861.91** |
| Acct#....5755: | | $861.91 |

06/05/2026

William R. Simons

0.00

***NON-NEGOTIABLE***

****This is not a check. *****Advice of deposit only****

William R. Simons
775 Bennett Rd
Hop Bottom PA 18824-7715

Pay Period: 05/27/2026 - 06/02/2026
1 Vacation Day

**William R. Simons**
775 Bennett Rd
Hop Bottom
PA, 18824

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 40.00 | 26.00 | 1,040.00 | 23,214.50 |
| Overtime Pay | - | 39.00 | 0.00 | 975.00 |
| Bonus | - | - | 10.00 | 350.00 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 71.92 | 1,700.90 |
| Social Security | 65.10 | 1,521.45 |
| Medicare | 15.22 | 355.82 |
| PA Income Tax | 32.24 | 753.37 |
| PA SUI Employee | 0.74 | 17.18 |
| Lenox TWP | 5.25 | 122.73 |
| Mountain View SD PSD 580507 | 5.25 | 122.73 |
| **DEDUCTIONS** | **Current** | **YTD** |

**Matt Kilmer Flagstone, LLC**
13763 State Route 92
South Gibson
PA, 18842

| OTHER PAY | Current | YTD |
|---|---|---|
| Qualified OT Tracking | 0.00 | 240.50 |

**Pay Period**
05/27/2026 - 06/02/2026

**Pay Date**
06/05/2026

**MEMO:**
1 Vacation Day

| BENEFITS | Used | Available |
|---|---|---|

| SUMMARY | Current | YTD |
|---|---|---|
| **Total Pay** | $1,050.00 | $24,539.50 |
| **Taxes** | $195.72 | $4,594.18 |
| **Deductions** | $0.00 | $0.00 |
| **NET PAY:** | | **$854.28** |
| Acct#....5755: | | $854.28 |

**William R. Simons**
775 Bennett Rd
Hop Bottom
PA, 18824

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 40.00 | 26.00 | 1,040.00 | 23,214.50 |
| Overtime Pay | - | 39.00 | 0.00 | 975.00 |
| Bonus | - | - | 10.00 | 350.00 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 71.92 | 1,700.90 |
| Social Security | 65.10 | 1,521.45 |
| Medicare | 15.22 | 355.82 |
| PA Income Tax | 32.24 | 753.37 |
| PA SUI Employee | 0.74 | 17.18 |
| Lenox TWP | 5.25 | 122.73 |
| Mountain View SD PSD 580507 | 5.25 | 122.73 |
| **DEDUCTIONS** | **Current** | **YTD** |

**Matt Kilmer Flagstone, LLC**
13763 State Route 92
South Gibson
PA, 18842

| OTHER PAY | Current | YTD |
|---|---|---|
| Qualified OT Tracking | 0.00 | 240.50 |

**Pay Period**
05/27/2026 - 06/02/2026

**Pay Date**
06/05/2026

**MEMO:**
1 Vacation Day

| BENEFITS | Used | Available |
|---|---|---|

| SUMMARY | Current | YTD |
|---|---|---|
| **Total Pay** | $1,050.00 | $24,539.50 |
| **Taxes** | $195.72 | $4,594.18 |
| **Deductions** | $0.00 | $0.00 |
| **NET PAY:** | | **$854.28** |
| Acct#....5755: | | $854.28 |

06/12/2026

William R. Simons

0.00

***NON-NEGOTIABLE***

****This is not a check. *****Advice of deposit only****

William R. Simons
775 Bennett Rd
Hop Bottom PA 18824-7715

Pay Period:  06/03/2026 - 06/09/2026
1 vacation day used

| **William R. Simons** | **PAY** | **Hours** | **Rate** | **Current** | **YTD** | **TAXES** | **Current** | **YTD** |
|---|---|---|---|---|---|---|---|---|
| 775 Bennett Rd | Regular Pay | 44.00 | 26.00 | 1,144.00 | 24,358.50 | Federal Income Tax | 88.00 | 1,788.90 |
| Hop Bottom | Overtime Pay | - | 39.00 | 0.00 | 975.00 | Social Security | 73.41 | 1,594.86 |
| PA, 18824 | Bonus | - | - | 40.00 | 390.00 | Medicare | 17.17 | 372.99 |
| | | | | | | PA Income Tax | 36.35 | 789.72 |
| | | | | | | PA SUI Employee | 0.83 | 18.01 |
| | | | | | | Lenox TWP | 5.92 | 128.65 |
| | | | | | | Mountain View SD PSD 580507 | 5.92 | 128.65 |
| **Matt Kilmer Flagstone, LLC** | | | | | | **DEDUCTIONS** | **Current** | **YTD** |
| 13763 State Route 92 | | | | | | | | |
| South Gibson | **OTHER PAY** | | | **Current** | **YTD** | | | |
| PA, 18842 | Qualified OT Tracking | | | 0.00 | 240.50 | | | |

| **Pay Period** | **BENEFITS** | **Used** | **Available** |
|---|---|---|---|
| 06/03/2026 - 06/09/2026 | | | |

| **SUMMARY** | **Current** | **YTD** |
|---|---|---|
| **Total Pay** | $1,184.00 | $25,723.50 |
| **Taxes** | $227.60 | $4,821.78 |
| **Deductions** | $0.00 | $0.00 |

**Pay Date**
06/12/2026

**NET PAY:** **$956.40**
Acct#....5755: $956.40

**MEMO:**
1 vacation day used

| **William R. Simons** | **PAY** | **Hours** | **Rate** | **Current** | **YTD** | **TAXES** | **Current** | **YTD** |
|---|---|---|---|---|---|---|---|---|
| 775 Bennett Rd | Regular Pay | 44.00 | 26.00 | 1,144.00 | 24,358.50 | Federal Income Tax | 88.00 | 1,788.90 |
| Hop Bottom | Overtime Pay | - | 39.00 | 0.00 | 975.00 | Social Security | 73.41 | 1,594.86 |
| PA, 18824 | Bonus | - | - | 40.00 | 390.00 | Medicare | 17.17 | 372.99 |
| | | | | | | PA Income Tax | 36.35 | 789.72 |
| | | | | | | PA SUI Employee | 0.83 | 18.01 |
| | | | | | | Lenox TWP | 5.92 | 128.65 |
| | | | | | | Mountain View SD PSD 580507 | 5.92 | 128.65 |
| **Matt Kilmer Flagstone, LLC** | | | | | | **DEDUCTIONS** | **Current** | **YTD** |
| 13763 State Route 92 | | | | | | | | |
| South Gibson | **OTHER PAY** | | | **Current** | **YTD** | | | |
| PA, 18842 | Qualified OT Tracking | | | 0.00 | 240.50 | | | |

| **Pay Period** | **BENEFITS** | **Used** | **Available** |
|---|---|---|---|
| 06/03/2026 - 06/09/2026 | | | |

| **SUMMARY** | **Current** | **YTD** |
|---|---|---|
| **Total Pay** | $1,184.00 | $25,723.50 |
| **Taxes** | $227.60 | $4,821.78 |
| **Deductions** | $0.00 | $0.00 |

**Pay Date**
06/12/2026

**NET PAY:** **$956.40**
Acct#....5755: $956.40

**MEMO:**
1 vacation day used

06/19/2026

William R. Simons

0.00

***NON-NEGOTIABLE***

****This is not a check. *****Advice of deposit only****

William R. Simons
775 Bennett Rd
Hop Bottom PA 18824-7715

Pay Period:  06/10/2026 - 06/16/2026

**William R. Simons**
775 Bennett Rd
Hop Bottom
PA, 18824

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 40.00 | 26.00 | 1,040.00 | 25,398.50 |
| Overtime Pay | 2.00 | 39.00 | 78.00 | 1,053.00 |
| Bonus | - | - | 40.00 | 430.00 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 84.88 | 1,873.78 |
| Social Security | 71.79 | 1,666.65 |
| Medicare | 16.79 | 389.78 |
| PA Income Tax | 35.55 | 825.27 |
| PA SUI Employee | 0.81 | 18.82 |
| Lenox TWP | 5.79 | 134.44 |
| Mountain View SD PSD 580507 | 5.79 | 134.44 |
| **DEDUCTIONS** | **Current** | **YTD** |

**Matt Kilmer Flagstone, LLC**
13763 State Route 92
South Gibson
PA, 18842

| OTHER PAY | Current | YTD |
|---|---|---|
| Qualified OT Tracking | 26.00 | 266.50 |

**Pay Period**
06/10/2026 - 06/16/2026

**Pay Date**
06/19/2026

**MEMO:**

| BENEFITS | Used | Available |
|---|---|---|

| SUMMARY | Current | YTD |
|---|---|---|
| **Total Pay** | $1,158.00 | $26,881.50 |
| **Taxes** | $221.40 | $5,043.18 |
| **Deductions** | $0.00 | $0.00 |

**NET PAY:** **$936.60**
Acct#....5755: $936.60

**William R. Simons**
775 Bennett Rd
Hop Bottom
PA, 18824

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 40.00 | 26.00 | 1,040.00 | 25,398.50 |
| Overtime Pay | 2.00 | 39.00 | 78.00 | 1,053.00 |
| Bonus | - | - | 40.00 | 430.00 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 84.88 | 1,873.78 |
| Social Security | 71.79 | 1,666.65 |
| Medicare | 16.79 | 389.78 |
| PA Income Tax | 35.55 | 825.27 |
| PA SUI Employee | 0.81 | 18.82 |
| Lenox TWP | 5.79 | 134.44 |
| Mountain View SD PSD 580507 | 5.79 | 134.44 |
| **DEDUCTIONS** | **Current** | **YTD** |

**Matt Kilmer Flagstone, LLC**
13763 State Route 92
South Gibson
PA, 18842

| OTHER PAY | Current | YTD |
|---|---|---|
| Qualified OT Tracking | 26.00 | 266.50 |

**Pay Period**
06/10/2026 - 06/16/2026

**Pay Date**
06/19/2026

**MEMO:**

| BENEFITS | Used | Available |
|---|---|---|

| SUMMARY | Current | YTD |
|---|---|---|
| **Total Pay** | $1,158.00 | $26,881.50 |
| **Taxes** | $221.40 | $5,043.18 |
| **Deductions** | $0.00 | $0.00 |

**NET PAY:** **$936.60**
Acct#....5755: $936.60

06/26/2026

William R. Simons

0.00

***NON-NEGOTIABLE***

****This is not a check. *****Advice of deposit only****

William R. Simons
775 Bennett Rd
Hop Bottom PA 18824-7715

Pay Period:  06/17/2026 - 06/23/2026

| William R. Simons | PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|---|
| 775 Bennett Rd | Regular Pay | 40.00 | 26.00 | 1,040.00 | 26,438.50 |
| Hop Bottom | Overtime Pay | 1.00 | 39.00 | 39.00 | 1,092.00 |
| PA, 18824 | Bonus | - | - | 10.00 | 440.00 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 76.60 | 1,950.38 |
| Social Security | 67.52 | 1,734.17 |
| Medicare | 15.79 | 405.57 |
| PA Income Tax | 33.43 | 858.70 |
| PA SUI Employee | 0.76 | 19.58 |
| Lenox TWP | 5.45 | 139.89 |
| Mountain View SD PSD 580507 | 5.45 | 139.89 |
| **DEDUCTIONS** | **Current** | **YTD** |

Matt Kilmer Flagstone, LLC
13763 State Route 92
South Gibson
PA, 18842

| OTHER PAY | Current | YTD |
|---|---|---|
| Qualified OT Tracking | 13.00 | 279.50 |

**Pay Period**
06/17/2026 - 06/23/2026

**Pay Date**
06/26/2026

**MEMO:**

| BENEFITS | Used | Available |
|---|---|---|

| SUMMARY | Current | YTD |
|---|---|---|
| **Total Pay** | $1,089.00 | $27,970.50 |
| **Taxes** | $205.00 | $5,248.18 |
| **Deductions** | $0.00 | $0.00 |
| **NET PAY:** | | **$884.00** |
| Acct#....5755: | | $884.00 |

| William R. Simons | PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|---|
| 775 Bennett Rd | Regular Pay | 40.00 | 26.00 | 1,040.00 | 26,438.50 |
| Hop Bottom | Overtime Pay | 1.00 | 39.00 | 39.00 | 1,092.00 |
| PA, 18824 | Bonus | - | - | 10.00 | 440.00 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 76.60 | 1,950.38 |
| Social Security | 67.52 | 1,734.17 |
| Medicare | 15.79 | 405.57 |
| PA Income Tax | 33.43 | 858.70 |
| PA SUI Employee | 0.76 | 19.58 |
| Lenox TWP | 5.45 | 139.89 |
| Mountain View SD PSD 580507 | 5.45 | 139.89 |
| **DEDUCTIONS** | **Current** | **YTD** |

Matt Kilmer Flagstone, LLC
13763 State Route 92
South Gibson
PA, 18842

| OTHER PAY | Current | YTD |
|---|---|---|
| Qualified OT Tracking | 13.00 | 279.50 |

**Pay Period**
06/17/2026 - 06/23/2026

**Pay Date**
06/26/2026

**MEMO:**

| BENEFITS | Used | Available |
|---|---|---|

| SUMMARY | Current | YTD |
|---|---|---|
| **Total Pay** | $1,089.00 | $27,970.50 |
| **Taxes** | $205.00 | $5,248.18 |
| **Deductions** | $0.00 | $0.00 |
| **NET PAY:** | | **$884.00** |
| Acct#....5755: | | $884.00 |

07/03/2026

William R. Simons

0.00

**\*\*\*NON-NEGOTIABLE\*\*\***

\*\*\*\*This is not a check. \*\*\*\*\*Advice of deposit only\*\*\*\*

William R. Simons
775 Bennett Rd
Hop Bottom PA 18824-7715

Pay Period:  06/24/2026 - 06/30/2026

**William R. Simons**
775 Bennett Rd
Hop Bottom
PA, 18824

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 40.00 | 26.00 | 1,040.00 | 27,478.50 |
| Overtime Pay | 1.00 | 39.00 | 39.00 | 1,131.00 |
| Bonus | - | - | 0.00 | 440.00 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 75.40 | 2,025.78 |
| Social Security | 66.90 | 1,801.07 |
| Medicare | 15.65 | 421.22 |
| PA Income Tax | 33.13 | 891.83 |
| PA SUI Employee | 0.76 | 20.34 |
| Lenox TWP | 5.40 | 145.29 |
| Mountain View SD PSD 580507 | 5.40 | 145.29 |
| **DEDUCTIONS** | **Current** | **YTD** |

**Matt Kilmer Flagstone, LLC**
13763 State Route 92
South Gibson
PA, 18842

| OTHER PAY | Current | YTD |
|---|---|---|
| Qualified OT Tracking | 13.00 | 292.50 |

**Pay Period**
06/24/2026 - 06/30/2026

**Pay Date**
07/03/2026

**MEMO:**

| BENEFITS | Used | Available |
|---|---|---|

| SUMMARY | Current | YTD |
|---|---|---|
| **Total Pay** | $1,079.00 | $29,049.50 |
| **Taxes** | $202.64 | $5,450.82 |
| **Deductions** | $0.00 | $0.00 |
| **NET PAY:** | | **$876.36** |
| Acct#....5755: | | $876.36 |

**William R. Simons**
775 Bennett Rd
Hop Bottom
PA, 18824

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 40.00 | 26.00 | 1,040.00 | 27,478.50 |
| Overtime Pay | 1.00 | 39.00 | 39.00 | 1,131.00 |
| Bonus | - | - | 0.00 | 440.00 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 75.40 | 2,025.78 |
| Social Security | 66.90 | 1,801.07 |
| Medicare | 15.65 | 421.22 |
| PA Income Tax | 33.13 | 891.83 |
| PA SUI Employee | 0.76 | 20.34 |
| Lenox TWP | 5.40 | 145.29 |
| Mountain View SD PSD 580507 | 5.40 | 145.29 |
| **DEDUCTIONS** | **Current** | **YTD** |

**Matt Kilmer Flagstone, LLC**
13763 State Route 92
South Gibson
PA, 18842

| OTHER PAY | Current | YTD |
|---|---|---|
| Qualified OT Tracking | 13.00 | 292.50 |

**Pay Period**
06/24/2026 - 06/30/2026

**Pay Date**
07/03/2026

**MEMO:**

| BENEFITS | Used | Available |
|---|---|---|

| SUMMARY | Current | YTD |
|---|---|---|
| **Total Pay** | $1,079.00 | $29,049.50 |
| **Taxes** | $202.64 | $5,450.82 |
| **Deductions** | $0.00 | $0.00 |
| **NET PAY:** | | **$876.36** |
| Acct#....5755: | | $876.36 |

07/10/2026

William R. Simons

0.00

**\*\*\*NON-NEGOTIABLE\*\*\***

\*\*\*\*This is not a check. \*\*\*\*\*Advice of deposit only\*\*\*\*

William R. Simons
775 Bennett Rd
Hop Bottom PA 18824-7715

Pay Period:  07/01/2026 - 07/07/2026

**William R. Simons**
775 Bennett Rd
Hop Bottom
PA, 18824

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 41.50 | 26.00 | 1,079.00 | 28,557.50 |
| Overtime Pay | - | 39.00 | 0.00 | 1,131.00 |
| Bonus | - | - | 0.00 | 440.00 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 75.40 | 2,101.18 |
| Social Security | 66.90 | 1,867.97 |
| Medicare | 15.64 | 436.86 |
| PA Income Tax | 33.13 | 924.96 |
| PA SUI Employee | 0.76 | 21.10 |
| Lenox TWP | 5.40 | 150.69 |
| Mountain View SD PSD 580507 | 5.40 | 150.69 |
| **DEDUCTIONS** | **Current** | **YTD** |

**Matt Kilmer Flagstone, LLC**
13763 State Route 92
South Gibson
PA, 18842

| OTHER PAY | Current | YTD |
|---|---|---|
| Qualified OT Tracking | 0.00 | 292.50 |

**Pay Period**
07/01/2026 - 07/07/2026

**Pay Date**
07/10/2026

**MEMO:**

| BENEFITS | Used | Available |
|---|---|---|

| SUMMARY | Current | YTD |
|---|---|---|
| **Total Pay** | $1,079.00 | $30,128.50 |
| **Taxes** | $202.63 | $5,653.45 |
| **Deductions** | $0.00 | $0.00 |
| **NET PAY:** | | **$876.37** |
| Acct#....5755: | | $876.37 |

**William R. Simons**
775 Bennett Rd
Hop Bottom
PA, 18824

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 41.50 | 26.00 | 1,079.00 | 28,557.50 |
| Overtime Pay | - | 39.00 | 0.00 | 1,131.00 |
| Bonus | - | - | 0.00 | 440.00 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 75.40 | 2,101.18 |
| Social Security | 66.90 | 1,867.97 |
| Medicare | 15.64 | 436.86 |
| PA Income Tax | 33.13 | 924.96 |
| PA SUI Employee | 0.76 | 21.10 |
| Lenox TWP | 5.40 | 150.69 |
| Mountain View SD PSD 580507 | 5.40 | 150.69 |
| **DEDUCTIONS** | **Current** | **YTD** |

**Matt Kilmer Flagstone, LLC**
13763 State Route 92
South Gibson
PA, 18842

| OTHER PAY | Current | YTD |
|---|---|---|
| Qualified OT Tracking | 0.00 | 292.50 |

**Pay Period**
07/01/2026 - 07/07/2026

**Pay Date**
07/10/2026

**MEMO:**

| BENEFITS | Used | Available |
|---|---|---|

| SUMMARY | Current | YTD |
|---|---|---|
| **Total Pay** | $1,079.00 | $30,128.50 |
| **Taxes** | $202.63 | $5,653.45 |
| **Deductions** | $0.00 | $0.00 |
| **NET PAY:** | | **$876.37** |
| Acct#....5755: | | $876.37 |

07/17/2026

William R. Simons

0.00

\*\*\*NON-NEGOTIABLE\*\*\*

\*\*\*\*This is not a check. \*\*\*\*\*Advice of deposit only\*\*\*\*

William R. Simons
775 Bennett Rd
Hop Bottom PA 18824-7715

Pay Period:  07/08/2026 - 07/14/2026

**William R. Simons**
775 Bennett Rd
Hop Bottom
PA, 18824

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 40.00 | 26.00 | 1,040.00 | 29,597.50 |
| Overtime Pay | 3.00 | 39.00 | 117.00 | 1,248.00 |
| Bonus | - | - | 0.00 | 440.00 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 84.76 | 2,185.94 |
| Social Security | 71.73 | 1,939.70 |
| Medicare | 16.78 | 453.64 |
| PA Income Tax | 35.52 | 960.48 |
| PA SUI Employee | 0.81 | 21.91 |
| Lenox TWP | 5.79 | 156.48 |
| Mountain View SD PSD 580507 | 5.79 | 156.48 |
| **DEDUCTIONS** | **Current** | **YTD** |

**Matt Kilmer Flagstone, LLC**
13763 State Route 92
South Gibson
PA, 18842

| OTHER PAY | Current | YTD |
|---|---|---|
| Qualified OT Tracking | 39.00 | 331.50 |

**Pay Period**
07/08/2026 - 07/14/2026

**Pay Date**
07/17/2026

**MEMO:**

| BENEFITS | Used | Available |
|---|---|---|

| SUMMARY | Current | YTD |
|---|---|---|
| **Total Pay** | $1,157.00 | $31,285.50 |
| **Taxes** | $221.18 | $5,874.63 |
| **Deductions** | $0.00 | $0.00 |
| **NET PAY:** | | **$935.82** |
| Acct#....5755: | | $935.82 |

**William R. Simons**
775 Bennett Rd
Hop Bottom
PA, 18824

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 40.00 | 26.00 | 1,040.00 | 29,597.50 |
| Overtime Pay | 3.00 | 39.00 | 117.00 | 1,248.00 |
| Bonus | - | - | 0.00 | 440.00 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 84.76 | 2,185.94 |
| Social Security | 71.73 | 1,939.70 |
| Medicare | 16.78 | 453.64 |
| PA Income Tax | 35.52 | 960.48 |
| PA SUI Employee | 0.81 | 21.91 |
| Lenox TWP | 5.79 | 156.48 |
| Mountain View SD PSD 580507 | 5.79 | 156.48 |
| **DEDUCTIONS** | **Current** | **YTD** |

**Matt Kilmer Flagstone, LLC**
13763 State Route 92
South Gibson
PA, 18842

| OTHER PAY | Current | YTD |
|---|---|---|
| Qualified OT Tracking | 39.00 | 331.50 |

**Pay Period**
07/08/2026 - 07/14/2026

**Pay Date**
07/17/2026

**MEMO:**

| BENEFITS | Used | Available |
|---|---|---|

| SUMMARY | Current | YTD |
|---|---|---|
| **Total Pay** | $1,157.00 | $31,285.50 |
| **Taxes** | $221.18 | $5,874.63 |
| **Deductions** | $0.00 | $0.00 |
| **NET PAY:** | | **$935.82** |
| Acct#....5755: | | $935.82 |