**#20893 - Jocelyn M. Simons**  
**AS/04/0000/8011/PAT FINANCE**

Voucher #(1716573)

Pay Date: 07/09/2026  
Pay Period: 06/21/2026-07/04/2026  
Base Comp: $20.93/Hour

### Earnings

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Hol Hrs | 20.93 | 8.00 | 167.44 | 669.76 |
| Per Hrs | | | | 556.04 |
| Reg OT | | | | 20.94 |
| Reg OT FLS | | | | 10.48 |
| Regular Hrs | 20.93 | 70.50 | 1,475.57 | 21,619.24 |
| Sick Time | | | | 31.39 |
| Vac Trade | | | | 837.19 |
| Vacation | 20.93 | 1.50 | 31.39 | 601.71 |
| Gross Pay | | | 1,674.40 | 24,346.75 |
| Hours Paid | | 80.00 | | |

### Deductions

| | Current | YTD | |
|---|---|---|---|
| 401K | 100.46 | 1,460.76 | [1] |
| 401K Loan | 298.38 | 4,177.32 | |
| AD&D CH | 0.09 | 1.17 | |
| AD&D EE | 0.45 | 5.85 | |
| AD&D SP | 0.35 | 4.55 | |
| Dental | 12.71 | 165.23 | [2] |
| Group Life CH | 0.39 | 5.07 | |
| Group Life EE | 1.10 | 14.30 | |
| Group Life SP | 1.10 | 14.30 | |
| Medical | 265.00 | 3,445.00 | [2] |
| STD | 25.12 | 326.56 | |
| Vision | 4.38 | 56.94 | [2] |
| Total | 709.53 | 9,677.05 | |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 1,291.85 | 19,218.82 | 54.95 | 808.40 |
| --More-- | | | | |

### Taxes Withheld - Continued

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FICA | 1,392.31 | 20,679.58 | 86.32 | 1,282.13 |
| MEDI | 1,392.31 | 20,679.58 | 20.18 | 299.85 |
| SIT:PA | 1,392.31 | 20,679.58 | 42.74 | 634.83 |
| SUI:PA | 1,674.40 | 24,346.75 | 1.17 | 17.03 |
| ScrC EIT | 1,392.31 | 20,679.58 | 13.92 | 206.76 |
| ScrC LST | 1,392.31 | 20,679.58 | 6.00 | 84.00 |
| Total | | | 225.28 | 3,333.00 |

### Net Pay

| | | Current | YTD |
|---|---|---|---|
| Net Pay | | 739.59 | 11,336.70 |
| | Checking 1 (5755) | 500.00 | 7,500.00 |
| | Checking 2 (0357) | 239.59 | 3,836.70 |

### Company Paid Benefits [3]

| | Current | YTD | |
|---|---|---|---|
| 401K | 33.49 | 486.95 | [1] |

### Accruals

| | | Bal. |
|---|---|---|
| Holiday Bank Unused | Hrs: | 0.00 |
| Personal | Hrs: | 31.48 |
| Sick | Hrs: | 354.74 |
| Vacation | Hrs: | 205.45 |

[1] Reduces your Federal Withholding Taxable Wage  
[2] Reduces your Federal Withholding, OASDI, Medicare, SIT & EIT Taxable Wages  
[3] For information purposes only. No effect on your net pay.

ALLIED SERVICES 100 ABINGTON EXECUTIVE PARK, Clarks Summit, PA 18411    1 of 1

---

**ALLIED SERVICES**  
100 ABINGTON EXECUTIVE PARK  
Clarks Summit, PA 18411

| Pay Date: | 07/09/2026 |
|---|---|
| Voucher #: | (1716573) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Jocelyn M. Simons | 1 | Checking | XXXXXX5755 | 031311807 | 500.00 |
| | 2 | Checking | XXXXXX0357 | 031312026 | 239.59 |
| | | | | | 739.59 |

AS/04/0000/8011/PAT FINANCE   20893   07/09/2026   (1716573)

**Jocelyn M. Simons**  
775 Bennett Rd  
Hop Bottom, PA 18824

**Non-Negotiable - This Is Not A Check**

**ALLIED SERVICES**  
100 ABINGTON EXECUTIVE PARK  
Clarks Summit, PA 18411

Case 5:26-bk-02029   Doc 5   Filed 07/20/26   Entered 07/20/26 21:52:56   Desc Main
Document      Page 1 of 5

**#20893 - Jocelyn M. Simons**
**AS/04/0000/8011/PAT FINANCE**

Voucher #(1714199)

Pay Date: 06/25/2026
Pay Period: 06/07/2026-06/20/2026
Base Comp: $20.93/Hour

### Earnings

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Hol Hrs | | | | 502.32 |
| Per Hrs | | | | 556.04 |
| Reg OT | | | | 20.94 |
| Reg OT FLS | | | | 10.48 |
| Regular Hrs | 20.93 | 76.75 | 1,606.39 | 20,143.67 |
| Sick Time | | | | 31.39 |
| Vac Trade | | | | 837.19 |
| Vacation | 20.93 | 3.25 | 68.02 | 570.32 |
| **Gross Pay** | | | **1,674.41** | **22,672.35** |
| Hours Paid | | 80.00 | | |

### Deductions

| | Current | YTD | |
|---|---|---|---|
| 401K | 100.46 | 1,360.30 | [1] |
| 401K Loan | 298.38 | 3,878.94 | |
| AD&D CH | 0.09 | 1.08 | |
| AD&D EE | 0.45 | 5.40 | |
| AD&D SP | 0.35 | 4.20 | |
| Dental | 12.71 | 152.52 | [2] |
| Group Life CH | 0.39 | 4.68 | |
| Group Life EE | 1.10 | 13.20 | |
| Group Life SP | 1.10 | 13.20 | |
| Medical | 265.00 | 3,180.00 | [2] |
| STD | 25.12 | 301.44 | |
| Vision | 4.38 | 52.56 | [2] |
| **Total** | **709.53** | **8,967.52** | |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 1,291.86 | 17,926.97 | 54.96 | 753.45 |
| --More-- | | | | |

### Taxes Withheld - Continued

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FICA | 1,392.32 | 19,287.27 | 86.32 | 1,195.81 |
| MEDI | 1,392.32 | 19,287.27 | 20.19 | 279.67 |
| SIT:PA | 1,392.32 | 19,287.27 | 42.74 | 592.09 |
| SUI:PA | 1,674.41 | 22,672.35 | 1.17 | 15.86 |
| ScrC EIT | 1,392.32 | 19,287.27 | 13.92 | 192.84 |
| ScrC LST | 1,392.32 | 19,287.27 | | 78.00 |
| **Total** | | | **219.30** | **3,107.72** |

### Net Pay

| | | Current | YTD |
|---|---|---|---|
| **Net Pay** | | **745.58** | **10,597.11** |
| | Checking 1 (5755) | 500.00 | 7,000.00 |
| | Checking 2 (0357) | 245.58 | 3,597.11 |

### Company Paid Benefits [3]

| | Current | YTD | |
|---|---|---|---|
| 401K | 33.49 | 453.46 | [1] |

### Accruals

| | | Bal. |
|---|---|---|
| Holiday Bank Unused | Hrs: | 0.00 |
| Personal | Hrs: | 29.95 |
| Sick | Hrs: | 353.21 |
| Vacation | Hrs: | 200.80 |

[1] Reduces your Federal Withholding Taxable Wage
[2] Reduces your Federal Withholding, OASDI, Medicare, SIT & EIT Taxable Wages
[3] For information purposes only. No effect on your net pay.

---

ALLIED SERVICES 100 ABINGTON EXECUTIVE PARK, Clarks Summit, PA 18411      1 of 1

---

**ALLIED SERVICES**
100 ABINGTON EXECUTIVE PARK
Clarks Summit, PA 18411

| Pay Date: | 06/25/2026 |
|---|---|
| Voucher #: | (1714199) |

**Deposited To The Account(s) Of**

Jocelyn M. Simons

AS/04/0000/8011/PAT FINANCE   20893   06/25/2026   (1714199)

**Jocelyn M. Simons**
775 Bennett Rd
Hop Bottom, PA 18824

| Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|
| 1 | Checking | XXXXXX5755 | 031311807 | 500.00 |
| 2 | Checking | XXXXXX0357 | 031312026 | 245.58 |
| | | | | 745.58 |

**Non-Negotiable - This Is Not A Check**

**ALLIED SERVICES**
100 ABINGTON EXECUTIVE PARK
Clarks Summit, PA 18411

Case 5.26-bk-02029   Doc 5   Filed 07/20/26   Entered 07/20/26 21:52:56   Desc Main Document   Page 2 of 5

**#20893 - Jocelyn M. Simons**
AS/04/0000/8011/PAT FINANCE

**Voucher #(1712114)**

Pay Date: 06/18/2026
Pay Period: 06/18/2026-06/18/2026
Base Comp: $20.93/Hour

### Earnings

| | Current | YTD |
|---|---|---|
| Hol Hrs | | 502.32 |
| Per Hrs | | 556.04 |
| Reg OT | | 20.94 |
| Reg OT FLSA | | 10.48 |
| Regular Hrs | | 18,537.28 |
| Sick Time | | 31.39 |
| Vac Trade | 837.19 | 837.19 |
| Vacation | | 502.30 |
| **Gross Pay** | **837.19** | **20,997.94** |

### Deductions

| | Current | YTD | |
|---|---|---|---|
| 401K | 50.23 | 1,259.84 | [1] |
| 401K Loan | | 3,580.56 | |
| AD&D CH | | 0.99 | |
| AD&D EE | | 4.95 | |
| AD&D SP | | 3.85 | |
| Dental | | 139.81 | [2] |
| Group Life CH | | 4.29 | |
| Group Life EE | | 12.10 | |
| Group Life SP | | 12.10 | |
| Medical | | 2,915.00 | [2] |
| STD | | 276.32 | |
| Vision | | 48.18 | [2] |
| **Total** | **50.23** | **8,257.99** | |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 786.96 | 16,635.11 | 4.47 | 698.49 |
| FICA | 837.19 | 17,894.95 | 51.91 | 1,109.49 |
| --More-- | | | | |

### Taxes Withheld - Continued

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| MEDI | 837.19 | 17,894.95 | 12.14 | 259.48 |
| SIT:PA | 837.19 | 17,894.95 | 25.70 | 549.35 |
| SUI:PA | 837.19 | 20,997.94 | 0.59 | 14.69 |
| ScrC EIT | 837.19 | 17,894.95 | 8.37 | 178.92 |
| ScrC LST | 837.19 | 17,894.95 | 6.00 | 78.00 |
| **Total** | | | **109.18** | **2,888.42** |

| **Net Pay** | | **677.78** | **9,851.53** |
|---|---|---|---|
| Checking 1 (5755) | | 500.00 | 6,500.00 |
| Checking 2 (0357) | | 177.78 | 3,351.53 |

### Company Paid Benefits [3]

| | Current | YTD | |
|---|---|---|---|
| 401K | 16.74 | 419.97 | [1] |

### Accruals

| | | Bal. |
|---|---|---|
| Holiday Bank Unused | Hrs: | 0.00 |
| Personal | Hrs: | 28.42 |
| Sick | Hrs: | 351.68 |
| Vacation | Hrs: | 237.90 |

[1] Reduces your Federal Withholding Taxable Wage
[2] Reduces your Federal Withholding, OASDI, Medicare, SIT & EIT Taxable Wages
[3] For information purposes only. No effect on your net pay.

ALLIED SERVICES 100 ABINGTON EXECUTIVE PARK, Clarks Summit, PA 18411 — 1 of 1

---

**ALLIED SERVICES**
100 ABINGTON EXECUTIVE PARK
Clarks Summit, PA 18411

| Pay Date: | 06/18/2026 |
|---|---|
| Voucher #: | (1712114) |

**Deposited To The Account(s) Of**

| | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Jocelyn M. Simons | 1 | Checking | XXXXXX5755 | 031311807 | 500.00 |
| AS/04/0000/8011/PAT FINANCE 20893 06/18/2026 (1712114) | 2 | Checking | XXXXXX0357 | 031312026 | 177.78 |
| | | | | | 677.78 |

**Jocelyn M. Simons**
775 Bennett Rd
Hop Bottom, PA 18824

**Non-Negotiable - This Is Not A Check**

**ALLIED SERVICES**
100 ABINGTON EXECUTIVE PARK
Clarks Summit, PA 18411

| #20893 - Jocelyn M. Simons | Voucher #(1711658) | Pay Date: 06/11/2026 |
|---|---|---|
| AS/04/0000/8011/PAT FINANCE | | Pay Period: 05/24/2026-06/06/2026 |
| | | Base Comp: $20.93/Hour |

### Earnings

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Hol Hrs | 20.93 | 8.00 | 167.44 | 502.32 |
| Per Hrs | 20.93 | 9.07 | 189.77 | 556.04 |
| Reg OT | | | | 20.94 |
| Reg OT FLS | | | | 10.48 |
| Regular Hrs | 20.93 | 55.93 | 1,170.66 | 18,537.28 |
| Sick Time | | | | 31.39 |
| Vacation | 20.93 | 8.25 | 172.67 | 502.30 |
| **Gross Pay** | | | **1,700.54** | **20,160.75** |
| **Hours Paid** | | **81.25** | | |

### Taxes Withheld - Continued

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| MEDI | 1,418.45 | 17,057.76 | 20.57 | 247.34 |
| SIT:PA | 1,418.45 | 17,057.76 | 43.55 | 523.65 |
| SUI:PA | 1,700.54 | 20,160.75 | 1.19 | 14.10 |
| ScrC EIT | 1,418.45 | 17,057.76 | 14.18 | 170.55 |
| ScrC LST | 1,418.45 | 17,057.76 | 6.00 | 72.00 |
| **Total** | | | **230.84** | **2,779.24** |

### Net Pay

| | | Current | YTD |
|---|---|---|---|
| **Net Pay** | | **758.60** | **9,173.75** |
| Checking 1 (5755) | | 500.00 | 6,000.00 |
| Checking 2 (0357) | | 258.60 | 3,173.75 |

### Deductions

| | Current | YTD | |
|---|---|---|---|
| 401K | 102.03 | 1,209.61 | [1] |
| 401K Loan | 298.38 | 3,580.56 | |
| AD&D CH | 0.09 | 0.99 | |
| AD&D EE | 0.45 | 4.95 | |
| AD&D SP | 0.35 | 3.85 | |
| Dental | 12.71 | 139.81 | [2] |
| Group Life CH | 0.39 | 4.29 | |
| Group Life EE | 1.10 | 12.10 | |
| Group Life SP | 1.10 | 12.10 | |
| Medical | 265.00 | 2,915.00 | [2] |
| STD | 25.12 | 276.32 | |
| Vision | 4.38 | 48.18 | [2] |
| **Total** | **711.10** | **8,207.76** | |

### Company Paid Benefits [3]

| | Current | YTD | |
|---|---|---|---|
| 401K | 34.01 | 403.23 | [1] |

### Accruals

| | | Bal. |
|---|---|---|
| Holiday Bank Unused | Hrs: | 0.00 |
| Personal | Hrs: | 28.42 |
| Sick | Hrs: | 351.68 |
| Vacation | Hrs: | 237.90 |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 1,316.42 | 15,848.15 | 57.41 | 694.02 |
| FICA | 1,418.45 | 17,057.76 | 87.94 | 1,057.58 |
| --More-- | | | | |

[1] Reduces your Federal Withholding Taxable Wage
[2] Reduces your Federal Withholding, OASDI, Medicare, SIT & EIT Taxable Wages
[3] For information purposes only. No effect on your net pay.

ALLIED SERVICES 100 ABINGTON EXECUTIVE PARK, Clarks Summit, PA 18411     1 of 1

---

**ALLIED SERVICES**
100 ABINGTON EXECUTIVE PARK
Clarks Summit, PA 18411

| Pay Date: | 06/11/2026 |
|---|---|
| Voucher #: | (1711658) |

**Deposited To The Account(s) Of**

| | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Jocelyn M. Simons | 1 | Checking | XXXXXX5755 | 031311807 | 500.00 |
| | 2 | Checking | XXXXXX0357 | 031312026 | 258.60 |
| | | | | | 758.60 |

AS/04/0000/8011/PAT FINANCE   20893   06/11/2026   (1711658)

**Jocelyn M. Simons**
775 Bennett Rd
Hop Bottom, PA 18824

## Non-Negotiable - This Is Not A Check

**ALLIED SERVICES**
100 ABINGTON EXECUTIVE PARK
Clarks Summit, PA 18411

**#20893 - Jocelyn M. Simons**
**AS/04/0000/8011/PAT FINANCE**

Voucher #(1709326)

Pay Date: 05/28/2026
Pay Period: 05/10/2026-05/23/2026
Base Comp: $20.93/Hour

### Earnings

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Hol Hrs | | | | 334.88 |
| Per Hrs | | | | 366.27 |
| Reg OT | 20.93 | 0.75 | 15.70 | 20.94 |
| Reg OT FLS | 10.46 | | 7.86 | 10.48 |
| Regular Hrs | 20.93 | 80.00 | 1,674.40 | 17,366.62 |
| Sick Time | | | | 31.39 |
| Vacation | | | | 329.63 |
| **Gross Pay** | | | **1,697.96** | **18,460.21** |
| Hours Paid | | 80.75 | | |

### Deductions

| | Current | YTD | |
|---|---|---|---|
| 401K | 101.88 | 1,107.58 | [1] |
| 401K Loan | 298.38 | 3,282.18 | |
| AD&D CH | 0.09 | 0.90 | |
| AD&D EE | 0.45 | 4.50 | |
| AD&D SP | 0.35 | 3.50 | |
| Dental | 12.71 | 127.10 | [2] |
| Group Life CH | 0.39 | 3.90 | |
| Group Life EE | 1.10 | 11.00 | |
| Group Life SP | 1.10 | 11.00 | |
| Medical | 265.00 | 2,650.00 | [2] |
| STD | 25.12 | 251.20 | |
| Vision | 4.38 | 43.80 | [2] |
| **Total** | **710.95** | **7,496.66** | |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 1,313.99 | 14,531.73 | 57.17 | 636.61 |
| FICA | 1,415.87 | 15,639.31 | 87.79 | 969.64 |
| --More-- | | | | |

### Taxes Withheld - Continued

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| MEDI | 1,415.87 | 15,639.31 | 20.53 | 226.77 |
| SIT:PA | 1,415.87 | 15,639.31 | 43.47 | 480.10 |
| SUI:PA | 1,697.96 | 18,460.21 | 1.19 | 12.91 |
| ScrC EIT | 1,415.87 | 15,639.31 | 14.16 | 156.37 |
| ScrC LST | 1,415.87 | 15,639.31 | 6.00 | 66.00 |
| **Total** | | | **230.31** | **2,548.40** |

| Net Pay | | 756.70 | 8,415.15 |
|---|---|---|---|
| Checking 1 (5755) | | 500.00 | 5,500.00 |
| Checking 2 (0357) | | 256.70 | 2,915.15 |

### Company Paid Benefits [3]

| | Current | YTD | |
|---|---|---|---|
| 401K | 33.96 | 369.22 | [1] |

### Accruals

| | | Bal. |
|---|---|---|
| Holiday Bank Unused | Hrs: | 0.00 |
| Personal | Hrs: | 35.95 |
| Sick | Hrs: | 350.14 |
| Vacation | Hrs: | 240.00 |

[1] Reduces your Federal Withholding Taxable Wage
[2] Reduces your Federal Withholding, OASDI, Medicare, SIT & EIT Taxable Wages
[3] For information purposes only. No effect on your net pay.

ALLIED SERVICES 100 ABINGTON EXECUTIVE PARK, Clarks Summit, PA 18411      1 of 1

---

**ALLIED SERVICES**
100 ABINGTON EXECUTIVE PARK
Clarks Summit, PA 18411

| Pay Date: | 05/28/2026 |
|---|---|
| Voucher #: | (1709326) |

**Deposited To The Account(s) Of**

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Jocelyn M. Simons | 1 | Checking | XXXXXX5755 | 031311807 | 500.00 |
| | 2 | Checking | XXXXXX0357 | 031312026 | 256.70 |
| | | | | | 756.70 |

AS/04/0000/8011/PAT FINANCE   20893   05/28/2026   (1709326)

**Jocelyn M. Simons**
775 Bennett Rd
Hop Bottom, PA 18824

**Non-Negotiable - This Is Not A Check**

**ALLIED SERVICES**
100 ABINGTON EXECUTIVE PARK
Clarks Summit, PA 18411