United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                      Case No. 26-02029-MJC

William Robert Simons                                  Chapter 7

Jocelyn Morgan Simons

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5                                  User: AutoDocke                            Page 1 of 3

Date Rcvd: Jul 21, 2026                           Form ID: 309A                                Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William Robert Simons, Jocelyn Morgan Simons, 775 Bennett Rd, Hop Bottom, PA 18824-7715 |
| 5819116 | + | Allied Services 401(k) Plan, 100 Abington Executive Park, Clarks Summit, PA 18411-2260 |
| 5819126 | | Credit One Bank, PO Box 6500, City of Industry, CA 90601 |
| 5819133 | + | Johnson Motor Sales, 5049 State Route 374, Lenoxville, PA 18441-7747 |
| 5819149 | | US Attorney for the PA Middle District, William J. Nealon Federal Building, 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: usbkct@bankruptcypa.com | Jul 21 2026 18:45:00 | Carlo Sabatini, Sabatini Law Firm, LLC, 216 N. Blakely St., Dunmore, PA 18512 |
| tr | ^ | MEBN | Jul 21 2026 18:41:14 | John J Martin, Law Offices of John J Martin, (Trustee), 1022 Court Street, Honesdale, PA 18431-1925 |
| ust | + | Email/Text: ustpregion03.ha.ecf@usdoj.gov | Jul 21 2026 18:45:00 | United States Trustee, US Courthouse, 1501 N. 6th St, Harrisburg, PA 17102-1104 |
| 5819122 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 21 2026 18:45:00 | Citizens Bank NA, Attention: Bankruptcy, 1 Citizens Plz, Providence, RI 02903-1344 |
| 5819124 | | Email/Text: CantonRecoveryGroup@cbna.com | Jul 21 2026 18:45:00 | Community Bank, PO Box 628, Olean, NY 14760 |
| 5819125 | | Email/Text: correspondence@credit-control.com | Jul 21 2026 18:45:00 | Credit Control LLC, PO Box 31179, Tampa, FL 33631-3179 |
| 5819117 | | Email/Text: cms-bk@cms-collect.com | Jul 21 2026 18:45:00 | Capital Management Services LP, 698 1/2 S Ogden St, Buffalo, NY 14206-2317 |
| 5819118 | | EDI: CAPITALONE.COM | Jul 21 2026 22:44:00 | Capital One Bank USA NA, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5819119 | ^ | MEBN | Jul 21 2026 18:41:16 | Citibank N.A., Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 5819121 | | EDI: CITICORP | Jul 21 2026 22:44:00 | Citibank NA, Citibank Customer Service, Attn: Bankrup, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 5819120 | | EDI: CITICORP | Jul 21 2026 22:44:00 | Citibank NA, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 5819123 | ^ | MEBN | Jul 21 2026 18:41:15 | Client Services Inc., 514 Earth City Expy, Suite 310, Earth City, MO 63045-1303 |

| Recip | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5819127 | | Email/Text: bankruptcydpt@mcmcg.com | Jul 21 2026 18:45:00 | Credit One Bank N.A., Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 5819128 | | Email/Text: bankruptcies@crownasset.com | Jul 21 2026 18:45:00 | Crown Asset Management, 3100 Breckinridge Blvd Ste 725, Duluth, GA 30096-7605 |
| 5819131 | | EDI: MAXMSAIDV | Jul 21 2026 22:44:00 | Department of Education/Aidvantage, 1891 Metro Center Dr, Reston, VA 20190-5287 |
| 5819132 | | EDI: DISCOVER | Jul 21 2026 22:44:00 | Discover Card, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5819134 | | EDI: JPMORGANCHASE | Jul 21 2026 22:44:00 | JPMorgan Chase Bank, Attn: Bankruptcy, PO Box 15299, Wilmington, DE 19850-5299 |
| 5819135 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 21 2026 18:43:44 | LVNV Funding LLC, 55 Beattie Pl, Greenville, SC 29601-2165 |
| 5819136 | | EDI: CITICORP | Jul 21 2026 22:44:00 | Macys/CBNA, Attn: Bankruptcy, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 5819137 | | Email/Text: bankruptcy@marinerfinance.com | Jul 21 2026 18:45:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5819138 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 21 2026 18:45:00 | Midland Credit Management, 350 Camino de la Reina Ste 100, San Diego, CA 92108-3007 |
| 5819140 | | Email/Text: bankruptcydpt@mcmcg.com | Jul 21 2026 18:45:00 | Midland Credit Management Inc, 320 E Big Beaver Rd Ste 300, Troy, MI 48083-1271 |
| 5819141 | | Email/Text: bncnotifications@pheaa.org | Jul 21 2026 18:45:00 | PHEAA/HCB, Attn: Bankruptcy/Default Loans, PO Box 8147, Harrisburg, PA 17105-8147 |
| 5819142 | | EDI: PRA.COM | Jul 21 2026 22:44:00 | Portfolio Recovery Associates, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 5819143 | | Email/Text: bankruptcy@reprisefinancial.com | Jul 21 2026 18:45:00 | Reprise Financial, Attn: Bankruptcy, PO Box 143514, Irving, TX 75014-3514 |
| 5819144 | | EDI: SYNC | Jul 21 2026 22:44:00 | Synchrony Bank/Score Rewards DC, Attn: Bankruptcy Department, PO Box 965065, Orlando, FL 32896-5065 |
| 5819145 | | EDI: CITICORP | Jul 21 2026 22:44:00 | Tractor Supply/CBNA, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790046, Saint Louis, MO 63179-0046 |
| 5819146 | | Email/Text: bknotice@upgrade.com | Jul 21 2026 18:45:00 | Upgrade Inc, Attn: Bankruptcy, 275 Battery St Fl 23, San Francisco, CA 94111-3305 |
| 5819150 | | Email/Text: edbknotices@ecmc.org | Jul 21 2026 18:45:00 | US Department of Education, 400 Maryland Ave SW, Washington, DC 20202-0001 |
| 5819148 | | Email/Text: UpStart@ebn.phinsolutions.com | Jul 21 2026 18:45:00 | Upstart Network Inc., PO Box 1503, San Carlos, CA 94070-7503 |
| 5819147 | + | Email/Text: UpStart@ebn.phinsolutions.com | Jul 21 2026 18:45:00 | Upstart Network Inc., 2950 South Delaware St., San Mateo, CA 94403-2580 |
| 5819151 | | EDI: G2RSVELOCITY | Jul 21 2026 22:44:00 | Velocity Investments, LLC, 1800 State Route 34, Building 3, Suite 305, Wall Township, NJ 07719-9168 |
| 5819151 | | Email/Text: bnc_4301@velocityrecoveries.com | Jul 21 2026 18:45:00 | Velocity Investments, LLC, 1800 State Route 34, Building 3, Suite 305, Wall Township, NJ 07719-9168 |
| 5819152 | ^ | MEBN | Jul 21 2026 18:41:09 | Weltman, Weinberg & Reis Co., L.P.A., 520 Walnut St, Suite 1355, Philadelphia, PA 19106-3602 |

TOTAL: 34

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5819130 | | Allentown, PA 18102 |
| 5819129 | | Demetrios H. Tsarouhis, Esq., 21 South 9th St |
| 5819139 | * | Midland Credit Management, 350 Camino de la Reina, Suite 100, San Diego, CA 92108-3007 |
| 5819153 | ## | Weltman, Weinberg & Reis Co., L.P.A., 170 S Independence Mall W, Suite 874W, Philadelphia, PA 19106-3334 |

TOTAL: 2 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carlo Sabatini | on behalf of Debtor 2 Jocelyn Morgan Simons usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatin i.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Carlo Sabatini | on behalf of Debtor 1 William Robert Simons usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatin i.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| John J Martin | pa36@ecfcbis.com  jmartin@martin-law.net;kmartin@martin-law.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

Information to identify the case:

| | | | |
|---|---|---|---|
| Debtor 1: | **William Robert Simons** | Social Security number or ITIN: | xxx–xx–3424 |
| | First Name    Middle Name    Last Name | EIN:   _ _–_ _ _ _ _ _ _ | |
| Debtor 2:<br>(Spouse, if filing) | **Jocelyn Morgan Simons** | Social Security number or ITIN: | xxx–xx–0856 |
| | First Name    Middle Name    Last Name | EIN:   _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court:   Middle District of Pennsylvania | | Date case filed for chapter:        7      7/20/26 | |
| Case number:   **5:26–bk–02029–MJC** | | | |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | William Robert Simons | Jocelyn Morgan Simons |
| 2. | **All other names used in the last 8 years** | aka William R Simons, aka Billy Simons, aka William Simons | aka Jocelyn Simons, aka Jocelyn Pratt, aka Jocelyn M Simons |
| 3. | **Address** | 775 Bennett Rd<br>Hop Bottom, PA 18824 | 775 Bennett Rd<br>Hop Bottom, PA 18824 |
| 4. | **Debtor's attorney**<br>Name and address | Carlo Sabatini<br>Sabatini Law Firm, LLC<br>216 N. Blakely St.<br>Dunmore, PA 18512 | Contact phone 570–341–9000<br><br>Email:  usbkct@bankruptcypa.com |
| 5. | **Bankruptcy trustee**<br>Name and address | John J Martin<br>Law Offices of John J Martin<br>(Trustee)<br>1022 Court Street<br>Honesdale, PA 18431 | Contact phone 570 253–6899<br><br>Email:  pa36@ecfcbis.com |

**For more information, see page 2 >**

**Receiving Court Issued Orders and Notices by E–Mail:**  (1) Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov. (2) Only Debtors can register for DeBN (Debtor's Electronic Bankruptcy Noticing) by filing a DeBN Request form (https://www.pamb.uscourts.gov/receive–court–notices–and–orders–email–debn ), with the Clerk of Court. Both options are FREE and allow the clerk to quickly send you Court Issued Orders and Notices by E–Mail.

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701 | Hours open:<br>Monday – Friday 9:00 AM to 4:00 PM<br><br>Contact phone (570) 831–2500<br><br>Date: 7/21/26 |

| | | | |
|---|---|---|---|
| **7.** | **Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.<br><br>**\*Valid photo ID and proof of Social Security number are required\*** | **Date:  August 26, 2026 at 10:30 AM**<br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>For additional information use the QR code or visit:<br><br>https://www.justice.gov/ust/ust–regions–r03/region–3–section–341–meetings–0#TrusteeZoom<br><br>The Court does not endorse or exercise any responsibility of the content at this link. | **Location:**<br>Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 534 831 3852, Click on Join using passcode 7889648115, or call 1–272–239–0981<br><br> |

| | | |
|---|---|---|
| **8.** | **Presumption of abuse**<br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. |

| | | | |
|---|---|---|---|
| **9.** | **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 10/25/26** |
| | | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| | | |
|---|---|---|
| **10.** | **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |

| | | |
|---|---|---|
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |

| | | |
|---|---|---|
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

Case 5:26-bk-02029-MJC    Doc 8    Filed 07/23/26    Entered 07/24/26 00:32:14    Desc
Imaged Certificate of Notice    Page 5 of 5