# SABATINI LAW FIRM, LLC

**CARLO SABATINI**
**KRISTIN SABATINI**

216 N. Blakely St.
Dunmore, PA 18512
Phone: (570) 341-9000
Fax: (570) 504-2769
**Satellite Office:** Wilkes-Barre 823-9000

July 29, 2026

Bankruptcy Clerk's Office
U.S. Bankruptcy Court
197 S. Main St.
Wilkes-Barre, PA 18701

**RE: In re William & Jocelyn Simons**
**U.S. Bankruptcy Court Case No. 5:26-bk-02029**

Dear Sir or Madam:

The notice sent to Weltman, Weinberg, & Reis Co., L.P.A. in the above case was returned to our office because the address was incorrect. Kindly change the address for Weltman, Weinberg, & Reis Co., L.P.A. on the mailing matrix to the following:

OLD ADDRESS:
Weltman, Weinberg, & Reis Co., L.P.A.
170 S Independence Mall W, Suite 874W,
Philadelphia, PA 19106-3334

NEW ADDRESS:
Weltman, Weinberg, & Reis Co., L.P.A.
520 Walnut St Suite 1355
Philadelphia, PA 19106-3334

Thank you for your assistance. If you have any questions, please do not hesitate to contact me.

Sincerely yours,

s/Tiffany Bator
Tiffany Bator
Paralegal

/tb