# SABATINI LAW FIRM, LLC

**CARLO SABATINI**
**KRISTIN SABATINI**

216 N. Blakely St.
Dunmore, PA 18512
Phone: (570) 341-9000
Fax: (570) 504-2769
**Satellite Office:** Wilkes-Barre 823-9000

July 29, 2026

Bankruptcy Clerk's Office
U.S. Bankruptcy Court
197 S. Main St.
Wilkes-Barre, PA 18701

**RE: In re William & Jocelyn Simons**
**U.S. Bankruptcy Court Case No. 5:26-bk-02029-MJC**

Dear Sir or Madam:

The notice sent to Demetrios H. Tsarouhis in the above case was returned to our office because the address was incorrect. Kindly change the address for Demetrios H. Tsarouhis on the mailing matrix to the following:

OLD ADDRESS:
Demetrios H. Tsarouhis
21 South 9th St

NEW ADDRESS:
Demetrios H. Tsarouhis
Tsarouhis Law Group, LLC
21 S. 9th Street, Suite 200
Allentown, PA 18102

Thank you for your assistance. If you have any questions, please do not hesitate to contact me.

Sincerely yours,

s/Tiffany Bator
Tiffany Bator
Paralegal

/tb