Carlo Sabatini, ID # 83831
Attorney for Debtors
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
(570) 341-9000

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re  William & Jocelyn Simons,<br>Debtors | Chapter 7 |
| | Case No. 5:26-bk-02029-MJC |

## CERTIFICATE OF SERVICE

I, Amber Werner, hereby certify that I am today serving a true and correct copy of Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors & Deadlines upon the below creditor by depositing said document in the United States mail, first class, postage prepaid, addressed as follows:

Weltman, Weinberg, & Reis Co., L.P.A.
520 Walnut St Suite 1355
Philadelphia, PA 19106-3334

Dated: July 30, 2026                                    /s/Amber Werner
                                                                 Amber Werner, Legal Assistant