Carlo Sabatini, ID # 83831
Attorney for Debtors
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
(570) 341-9000

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re  William & Jocelyn Simons,
　　　　　　　Debtors

Chapter 7

Case No. 5:26-bk-02029-MJC

## CERTIFICATE OF SERVICE

I, Amber Werner, hereby certify that I am today serving a true and correct copy of Notice

of Chapter 7 Bankruptcy Case, Meeting of Creditors & Deadlines upon the below creditor by

depositing said document in the United States mail, first class, postage prepaid, addressed as

follows:

Demetrios H. Tsarouhis
Tsarouhis Law Group, LLC
21 S. 9th Street, Suite 200
Allentown, PA 18102

Dated: July 30, 2026

/s/Amber Werner
Amber Werner
Legal Assistant