# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

William Robert Simons,
aka William R Simons, aka Billy Simons, aka William Simons,

**Debtor 1**

Jocelyn Morgan Simons,
aka Jocelyn Simons, aka Jocelyn Pratt, aka Jocelyn M Simons,

**Debtor 2**

Chapter 7

Case No. 5:26−bk−02029−MJC

Social Security No.:
xxx−xx−3424 xxx−xx−0856

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

**John J Martin**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

BY THE COURT
By the Court,



Mark J. Conway, United States Bankruptcy Judge

Dated: October 30, 2026

**fnldecac** (05/18)