United States Bankruptcy Court
Middle District of Pennsylvania

In re: Case No. 26-02029-MJC
William Robert Simons Chapter 7
Jocelyn Morgan Simons
Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5 User: admin 
Date Rcvd: Oct 30, 2026 Form ID: 318 Total Noticed: 36

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William Robert Simons, Jocelyn Morgan Simons, 775 Bennett Rd, Hop Bottom, PA 18824-7715 |
| 5819116 | + | Allied Services 401(k) Plan, 100 Abington Executive Park, Clarks Summit, PA 18411-2260 |
| 5819126 | | Credit One Bank, PO Box 6500, City of Industry, CA 90601 |
| 5819133 | + | Johnson Motor Sales, 5049 State Route 374, Lenoxville, PA 18441-7747 |
| 5819149 | | US Attorney for the PA Middle District, William J. Nealon Federal Building, 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5819122 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 30 2026 21:11:00 | Citizens Bank NA, Attention: Bankruptcy, 1 Citizens Plz, Providence, RI 02903-1344 |
| 5819124 | | Email/Text: CantonRecoveryGroup@cbna.com | Oct 30 2026 21:11:00 | Community Bank, PO Box 628, Olean, NY 14760 |
| 5819125 | | Email/Text: correspondence@credit-control.com | Oct 30 2026 21:11:00 | Credit Control LLC, PO Box 31179, Tampa, FL 33631-3179 |
| 5819117 | | Email/Text: cms-bk@cms-collect.com | Oct 30 2026 21:11:00 | Capital Management Services LP, 698 1/2 S Ogden St, Buffalo, NY 14206-2317 |
| 5819118 | | EDI: CAPITALONE.COM | Oct 31 2026 01:16:00 | Capital One Bank USA NA, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5819119 | ^ | MEBN | Oct 30 2026 21:06:54 | Citibank N.A., Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 5819121 | | EDI: CITICORP | Oct 31 2026 01:16:00 | Citibank NA, Citibank Customer Service, Attn: Bankrup, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 5819120 | | EDI: CITICORP | Oct 31 2026 01:16:00 | Citibank NA, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 5819123 | ^ | MEBN | Oct 30 2026 21:06:54 | Client Services Inc., 514 Earth City Expy, Suite 310, Earth City, MO 63045-1303 |
| 5819127 | | Email/Text: bankruptcydpt@mcmcg.com | Oct 30 2026 21:11:00 | Credit One Bank N.A., Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 5819128 | | Email/Text: bankruptcies@crownasset.com | Oct 30 2026 21:11:00 | Crown Asset Management, 3100 Breckinridge Blvd Ste 725, Duluth, GA 30096-7605 |
| 5819129 | + | Email/Text: dht@pacollections.com | Oct 30 2026 21:11:00 | Demetrios H. Tsarouhis, Esq., Tsarouhis Law Group, LLC, 21 S. 9th Street, Suite 200, Allentown, PA 18102-4861 |
| 5819131 | | EDI: MAXMSAIDV | Oct 31 2026 01:16:00 | Department of Education/Aidvantage, 1891 Metro Center Dr, Reston, VA 20190-5287 |
| 5819132 | | EDI: DISCOVER | | |

| | | | | |
|---|---|---|---|---|
| | | | Oct 31 2026 01:16:00 | Discover Card, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5819134 | | EDI: JPMORGANCHASE | Oct 31 2026 01:16:00 | JPMorgan Chase Bank, Attn: Bankruptcy, PO Box 15299, Wilmington, DE 19850-5299 |
| 5819135 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 30 2026 21:20:57 | LVNV Funding LLC, 55 Beattie Pl, Greenville, SC 29601-2165 |
| 5819136 | | EDI: CITICORP | Oct 31 2026 01:16:00 | Macys/CBNA, Attn: Bankruptcy, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 5819137 | | Email/Text: bankruptcy@marinerfinance.com | Oct 30 2026 21:11:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5819138 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 30 2026 21:11:00 | Midland Credit Management, 350 Camino de la Reina Ste 100, San Diego, CA 92108-3007 |
| 5819140 | | Email/Text: bankruptcydpt@mcmcg.com | Oct 30 2026 21:11:00 | Midland Credit Management Inc, 320 E Big Beaver Rd Ste 300, Troy, MI 48083-1271 |
| 5819141 | | Email/Text: bncnotifications@pheaa.org | Oct 30 2026 21:11:00 | PHEAA/HCB, Attn: Bankruptcy/Default Loans, PO Box 8147, Harrisburg, PA 17105-8147 |
| 5819142 | | EDI: PRA.COM | Oct 31 2026 01:16:00 | Portfolio Recovery Associates, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 5819143 | | Email/Text: bankruptcy@reprisefinancial.com | Oct 30 2026 21:11:00 | Reprise Financial, Attn: Bankruptcy, PO Box 143514, Irving, TX 75014-3514 |
| 5819144 | | EDI: SYNC | Oct 31 2026 01:16:00 | Synchrony Bank/Score Rewards DC, Attn: Bankruptcy Department, PO Box 965065, Orlando, FL 32896-5065 |
| 5819145 | | EDI: CITICORP | Oct 31 2026 01:16:00 | Tractor Supply/CBNA, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790046, Saint Louis, MO 63179-0046 |
| 5819146 | | Email/Text: bknotice@upgrade.com | Oct 30 2026 21:11:00 | Upgrade Inc, Attn: Bankruptcy, 275 Battery St Fl 23, San Francisco, CA 94111-3305 |
| 5819150 | | Email/Text: edbknotices@ecmc.org | Oct 30 2026 21:11:00 | US Department of Education, 400 Maryland Ave SW, Washington, DC 20202-0001 |
| 5819148 | | Email/Text: UpStart@ebn.phinsolutions.com | Oct 30 2026 21:11:00 | Upstart Network Inc., PO Box 1503, San Carlos, CA 94070-7503 |
| 5819147 | + | Email/Text: UpStart@ebn.phinsolutions.com | Oct 30 2026 21:11:00 | Upstart Network Inc., 2950 South Delaware St., San Mateo, CA 94403-2580 |
| 5819151 | | EDI: G2RSVELOCITY | Oct 31 2026 01:16:00 | Velocity Investments, LLC, 1800 State Route 34, Building 3, Suite 305, Wall Township, NJ 07719-9168 |
| 5819152 | ^ | MEBN | Oct 30 2026 21:06:53 | Weltman, Weinberg & Reis Co., L.P.A., 520 Walnut St, Suite 1355, Philadelphia, PA 19106-3602 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5819130 | | Allentown, PA 18102 |
| 5819139 | * | Midland Credit Management, 350 Camino de la Reina, Suite 100, San Diego, CA 92108-3007 |
| 5819153 | *+ | Weltman, Weinberg & Reis Co., L.P.A., 520 Walnut St, Suite 1355, Philadelphia, PA 19106-3602 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carlo Sabatini | on behalf of Debtor 2 Jocelyn Morgan Simons usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Carlo Sabatini | on behalf of Debtor 1 William Robert Simons usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| John J Martin | pa36@ecfcbis.com jmartin@martin-law.net;kmartin@martin-law.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | William Robert Simons<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–3424 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Jocelyn Morgan Simons<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–0856 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | | |
| Case number: | 5:26–bk–02029–MJC | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

William Robert Simons
aka William R Simons, aka Billy Simons, aka William Simons

Jocelyn Morgan Simons
aka Jocelyn Simons, aka Jocelyn Pratt, aka Jocelyn M Simons

10/30/26

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for most taxes;
- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- ♦ some debts which the debtors did not properly list;
- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**